UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                              **ORDER**
v.                                 :
                                              16 CR 154 (VB)
BINDER TAL,                        :
                    Defendant.  :
--------------------------------------------------------x

       By letter dated November 1, 2022, defendant Binder Tal seeks early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Court denied defendant's previous motion for the same relief on October 29, 2021. Having carefully reviewed the November 1 letter as well as the underlying record in this case, and having consulted with defendant's probation officer, the Court does not believe that early termination of supervised release is warranted by the conduct of the defendant or is otherwise in the interest of justice. Defendant had a significant role in a large-scale fraud offense, the five-year term of supervised release is an important component of his sentence for committing that offense, and the Court believes defendant should serve all five years of that term. The fact that he has been compliant with the conditions of supervised release is commendable, but it is only what the law requires. Also, his supervision has not impeded his ability to obtain employment, travel, or otherwise live his life.

       Accordingly, defendant Binder Tal's application for early termination of supervised release is DENIED.

       Chambers will mail a copy of this Order to defendant at the following address:

Binder Tal
6678 Overlook Road
Orefield, PA 18069

Copies Mailed/Faxed 11/15/22
Chambers of Vincent L. Briccetti

Dated: November 15, 2022
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge