UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **ORDER**
v.                                  :
                                    :   16 CR 154 (VB)
BINDER TAL,                         :
                  Defendant.        :
--------------------------------------------------------x

      Defendant's motion for permission to travel, docketed on December 20, 2022 (Doc. #95) is GRANTED.

      Defendant's probation officer has no objection to this request. Accordingly, defendant may travel to Phagwara, India, as well as to Dubai and Thailand, between today's date and February 5, 2023. However, before leaving the United States, he must provide his probation officer with a detailed travel itinerary, and must obtain approval for that itinerary from his probation officer. Upon his return, defendant shall immediately contact his probation officer and surrender his passport until the completion of his term of supervised release. Defendant may not travel to any other destination outside the United States while on supervised release, without first obtaining court permission.

      Chambers will mail a copy of this Order to defendant at the following address:

Binder Tal
6678 Overlook Road
Orefield, PA  18069

Dated: December 22, 2022
       White Plains, NY

                               SO ORDERED:

                               Vincent L. Briccetti
                               United States District Judge