Copies Mailed/Faxed 3/28/23

Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA       :
                               :   **ORDER**
v.                             :
                               :   16 CR 154 (VB)
BINDER TAL,                    :
            Defendant.         :
--------------------------------------------------------------x

      Defendant's motion for permission to travel to Cancun, Mexico, docketed on March 28, 2023, is GRANTED.

      Defendant's probation officer has no objection to this request. Accordingly, defendant may travel to Cancun, Mexico, from April 5 to April 13, 2023. However, before leaving the United States, he must provide his probation officer with a detailed travel itinerary, and must obtain approval for that itinerary from his probation officer. Upon his return, defendant shall immediately contact his probation officer and surrender his passport until the completion of his term of supervised release. Defendant may not travel to any other destination outside the United States while on supervised release, without first obtaining court permission.

      Chambers will provide a copy of this Order to defendant's probation officer, and mail a copy to defendant at the following address:

    Binder Tal
    6678 Overlook Road
    Orefield, PA  18069

Dated: March 28, 2023
      White Plains, NY

                                     SO ORDERED:

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge